B. H. Molner, Appellant, v. John W. Schaefle et al., Appellees.

Gen. No. 43,255.

590

opinion filed January 8, 1945; released for publication January 29, 1945. Maurice Weissman, for appellant; Hummer, Van Ness & Yowell, for appellees; John J. Yowell, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.